

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOHN WESLEY HELMS, <br> Defendant. | Case No. CR 90-201-SVW <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 31.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On January 10, 2017, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by this Court. Defendant was represented by Deputy Federal Public Defender Erin Darling.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation hearing based on risk of flight and danger to the community. Defendant has

1  requested that he be released subject to the following conditions: reside in a
2  residential drug treatment facility and be subject to electronic location monitoring.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒  Allegations in petition which include drug use while residing in a drug treatment facility as a condition of supervised release and defendant's termination from the drug treatment program based on his leaving the program without permission.

   ☒  unverified background information

   ☒  history of drug use

   ☒  history of non-compliance

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   ☒  criminal history

   ☒  history of drug use

   ☒  current violation status

   ☒  mental health issues, including suicide attempt

   ☒  pending state charges including recent contacts with law enforcement

## III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: January 10, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE